IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK L. SMITH,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                           Case No. 14-cv-203-wmc

SANDRA LA DU-IVES, MELEE THAO
and JANE AND JOHN DOES,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

| /s/ | 5/9/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |